

_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EPHRIAM WILLIAMS ) | Case No. 09-20355-PM |
| PANNIE MAE WILLIAMS ) | (Chapter 7) |
| ) | |
| Debtors ) | |

### ORDER EXTENDING DISCHARGEABILITY BAR DATE

UPON CONSIDERATION of the Motion for further extension of time filed herein by Police Federal Credit Union ("PFCU"), and it appearing to the Court that debtor Ephriam Williams ("Debtor") and PFCU have made, executed and filed a reaffirmation agreement ("Reaffirmation Agreement") and the required reaffirmation agreement cover sheet [Docket No. 54] with the Bankruptcy Court in this proceeding, and that PFCU's right to pursue its potential nondischargeability claim against the Debtor with respect to the obligation which is the subject matter of the Reaffirmation Agreement ought to be preserved pending expiration of the Debtor's right to rescind the Reaffirmation

1

Agreement in accordance with §524(c)(4) of the Bankruptcy Code; the Court finds, based on the foregoing and its review of the entire record herein, that there is good cause to grant PFCU's Motion, and it is, at Greenbelt, Maryland, by the Court:

ORDERED, that the Motion be and it hereby is GRANTED; and it is further

ORDERED, that the deadline to file a Complaint to Determine Dischargeability of Debt be and it hereby is EXTENDED until the later of the following:  (i) May 5, 2010; or (ii) fifteen (15) days after the entry of the debtors' general Chapter 7 discharge under 11 U.S.C. §727.

Copies to:

Roderick H. Angus
HUSTON & ANGUS
5529 Lee Highway
Arlington, Virginia  22207
Counsel for PFCU

Joy P. Robinson
9701 Apollo Drive, Suite 451
Largo, Maryland  20774
Counsel for debtors

Cheryl E. Rose
12154 Darnestown Road, #623
Gaithersburg, Maryland  20878
Trustee

Ephriam Williams
4902 Foley Terrace
Temple Hills, Maryland  20748
Debtor

Pannie Mae Williams
4902 Foley Terrace
Temple Hills, Maryland   20748
Debtor

**End of Order**

3